

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In re Barber Family Corporation

No. 06-22-00087-CV

Original Mandamus Proceeding

Memorandum Opinion delivered by Chief Justice Morriss, Justice Stevens and Justice van Cleef participating.

As stated in the Court's opinion of this date, we find that Relator is not entitled to the relief sought. Therefore, we deny the petition.

RENDERED DECEMBER 22, 2022
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk